# In the United States Court of Federal Claims

No. 12-835 C

(Filed September 3, 2013)

```
* * * * * * * * * * * * * * * * * * * *
LIFECARE HOSPITALS OF           *
SAN ANTONIO,                    *
                                *
        Plaintiff,              *
                                *
                                *
                                *
THE UNITED STATES,              *
                                *
        Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

Currently before the court is plaintiff's Notice of Automatic Stay of Proceedings, filed on March 15, 2013, within which plaintiff notified the court that proceedings in this matter are automatically stayed due to plaintiff's "petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware on December 11, 2012, Case No. 12-13322." Notice ¶ 1.

On December 5, 2012, plaintiff filed its complaint in this matter and the Clerk's Office issued a notice of assignment to Judge John P. Wiese. Judge Wiese issued a Preliminary Order, on December 21, 2012, directing the parties to confer and arrange for a preliminary status conference. On August 26, 2013, all further proceedings in this matter were reassigned to the undersigned judge. Due to the current posture of this case and the differing of case management procedures set forth by the newly assigned judge, the court retracts its order of December 21, 2012.

Accordingly, it is hereby **ORDERED** that

(1) The Clerk's Office is directed to **STRIKE** the court's order of December 21, 2012, for the above-stated reason;

(2) The Clerk's Office is directed to **SUSPEND** this matter until further order of the court; and

(3) In the event the stay is lifted in the U.S. District Court case, the parties are directed to **FILE** a **Status Report** within **fourteen days** of the lifting of the stay.

/s/Lynn J. Bush
LYNN J. BUSH
Judge